1   John P. Aldrich, Esq.
Nevada Bar No. 6877
2   Catherine Hernandez, Esq.
Nevada Bar No. 8410
3   ALDRICH LAW FIRM, LTD.
1601 S. Rainbow Blvd., Suite 160
4   Las Vegas, NV 89146
Tel: (702) 853-5490
5   Fax: (702) 227-1975
jaldrich@johnaldrichlawfirm.com
6
Julie R. Trotter, California Bar No. 209675
7   Michael S. Orr, California Bar No. 196844
CALL & JENSEN
8   A Professional Corporation
610 Newport Center Drive, Suite 700
9   Newport Beach, CA  92660
Tel:     (949) 717-3000
10   Fax:     (949) 717-3100
jtrotter@calljensen.com
11   msorr@calljensen.com

12   Attorneys for Defendant Othkhvn-6, Inc. dba 7-Eleven

13

14                    UNITED STATES DISTRICT COURT

15                         DISTRICT OF NEVADA

16

17   Kevin Zimmerman, an individual,        Case No.    2:17-cv-00953-GMN-GWF

18              Plaintiff,                   **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

19              vs.

20   Othkhvn-6, Inc. Dba 7-Eleven,

21              Defendant.

22

23                                          Complaint Filed:     April 3, 2017
Trial Date:          None Set

24

25

26

27

28

1    Plaintiff Kevin Zimmerman ("Plaintiff") and Defendant Othkhvn-6, Inc. dba 7-Eleven

2  ("Defendant"), the parties to this action, by and through their respective counsel that, pursuant to

3  Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with

4  prejudice as to Defendant entirety.  The parties are to bear their respective attorneys' fees and costs.

5

6  Dated:  November 22, 2017          Respectfully submitted,

7                                     CALL & JENSEN
                                      A Professional Corporation
8

9                                     /s/ Michael S. Orr
                                      Julie R. Trotter, California Bar No. 209675
10                                    Michael S. Orr, California Bar No. 196844
                                      CALL & JENSEN
11                                    A Professional Corporation
                                      610 Newport Center Drive, Suite 700
12                                    Newport Beach, CA  92660
                                      Tel:    (949) 717-3000
13                                    Fax:    (949) 717-3100
                                      jtrotter@calljensen.com
14                                    msorr@calljensen.com

15                                    John P. Aldrich, Esq.
                                      Nevada Bar No. 6877
16                                    Catherine Hernandez, Esq.
                                      Nevada Bar No. 8410
17                                    ALDRICH LAW FIRM, LTD.
                                      1601 S. Rainbow Blvd., Suite 160
18                                    Las Vegas, NV 89146
                                      Tel: (702) 853-5490
19                                    Fax: (702) 227-1975
                                      jaldrich@johnaldrichlawfirm.com
20
                                      Attorneys for Defendant Othkhvn-6, Inc. dba 7-Eleven
21

22  Dated:  November 22, 2017          THE WILCHER FIRM
                                      Whitney C. Wilcher
23

24
                                      By:/s/ Whitney C. Wilcher
25                                         Whitney C. Wilcher

26                                    Attorneys for Plaintiff Kevin Zimmerman

27

28

1

SIGNATURE CERTIFICATION

2          I hereby certify that the content of this document is acceptable to Whitney C. Wilcher, counsel

3    for Plaintiff Kevin Zimmerman, and that I have obtained Mr. Wilcher's authorization to affix his

4    electronic signature to this document.

5

6    Dated:  November 22, 2017                    Respectfully submitted,

7                                                 CALL & JENSEN
                                                  A Professional Corporation
8

9                                                 */s/ Michael S. Orr*
                                                  Julie R. Trotter, California Bar No. 209675
10                                                Michael S. Orr, California Bar No. 196844
                                                  CALL & JENSEN
11                                                A Professional Corporation
                                                  610 Newport Center Drive, Suite 700
12                                                Newport Beach, CA  92660
                                                  Tel:    (949) 717-3000
13                                                Fax:    (949) 717-3100
                                                  jtrotter@calljensen.com
14                                                msorr@calljensen.com

15                                                John P. Aldrich, Esq.
                                                  Nevada Bar No. 6877
16                                                Catherine Hernandez, Esq.
                                                  Nevada Bar No. 8410
17                                                ALDRICH LAW FIRM, LTD.
                                                  1601 S. Rainbow Blvd., Suite 160
18                                                Las Vegas, NV 89146
                                                  Tel: (702) 853-5490
19                                                Fax: (702) 227-1975
                                                  jaldrich@johnaldrichlawfirm.com
20
                                                  Attorneys for Defendant Othkhvn-6, Inc. dba 7-Eleven
21

22

23

24

25

26

27

28

JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

1

## **PROPOSED] ORDER**

2

3        Upon consideration of the Joint Stipulation Regarding Dismissal submitted by Plaintiff Kevin

4   Zimmerman and Defendant Othkhvn-6, Inc. dba 7-Eleven,

5        IT IS HEREBY ORDERED that the action and all claims against Defendant Othkhvn-6, Inc.

6   dba 7-Eleven are dismissed with prejudice, each party to bear their own attorneys' fees and costs.

7

8   Dated: _____

9                                                         Honorable Gloria M. Navarro
                                                          United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CALL &
JENSEN
EST 1981